UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES M. TIBOR, | |
| Plaintiff, | Case No. 1:17-cv-07866 |
| v. | Honorable Sharon J. Coleman |
| ONEMAIN HOLDINGS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JAMES M. TIBOR ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, ONEMAIN HOLDINGS, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 4, 2018

Respectfully Submitted,

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
mdaher@sulaimanlaw.com